UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SCOTT ACQUISITION CORP., *et al.*, ) | Chapter 7 |
| ) | |
| Debtors. ) | Case No. 04-12594 |
| ) | |
| ──────────────────────────── ) | |
| ) | (Jointly Administered) |
| MONTAGUE S. CLAYBROOK, AS ) | |
| CHAPTER 7 TRUSTEE OF THE ESTATES ) | |
| OF SCOTT ACQUISITION CORP., *et al.*, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 05-79726 |
| ) | |
| v. ) | |
| ) | |
| Broad and Cassel, P.A., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon review of Defendant Broad & Cassel, P.A.'s Motion for Withdrawal of the Reference to the Bankruptcy Court and Demand for Jury Trial, and all related documents and responses timely filed thereto,

It is hereby ORDERED:

1. Defendant's Motion is Granted;

2. Defendant is granted a jury trial in the above captioned Adversary Proceeding;

3. The reference of the above captioned Adversary Proceeding to the Bankruptcy Court is hereby WITHDRAWN.

Dated: _____, 2005
Wilmington, DE

_____
The Honorable Paul B. Lindsey

#738632-v1