## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-79726
**Related Bankruptcy Case #:** 04-12594
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sherry A. Johnson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 |
| **Cause of Transmittal:** | Withdrawal of Reference Filed on 11/21/2005 to the U.S. District Court |
| **Parties:** | Montague S. Claybrook, Chapter 7 Trustee -v- Broad and Cassel, P.A. |
| **Plaintiff's Counsel:** | Christopher Page Simon |
| | Cross & Simon, LLC |
| | 913 Market Street |
| | Suite 1001 |
| | Wilmington, DE 19899 |
| | 302-777-4200 |
| | Fax : 302-777-4224 |
| | Email: csimon@crosslaw.com |
| | LEAD ATTORNEY |

        Kristen H. Cramer
Cross & Simon, LLC
P.O. Box 1380
913 N. Market St.
Wilmington, DE 19899-1380
302-777-4200
Fax : 302-777-4224
Email: kcramer@crosslaw.com

**Defendant's Counsel:**  Margaret M. Manning
Buchanan Ingersoll PC
1007 N. Orange Street
The Nemours Building
Suite 1110
Wilmington, DE 19801
302-428-5525
Fax : 302-428-3996
Email: manningmm@bipc.com

revised: 10/20/03
F:\FORMS\TRANSWTH.wpd