UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SCOTT ACQUISITION CORP., *et al.*, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Case No. 04-12594 |
| | ) | |
| _____ | ) | |
| | ) | (Jointly Administered) |
| MONTAGUE S. CLAYBROOK, AS | ) | |
| CHAPTER 7 TRUSTEE OF THE ESTATES | ) | |
| OF SCOTT ACQUISITION CORP., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 05-79726 |
| | ) | |
| v. | ) | |
| | ) | Related D.I. No. 8, 10 |
| Broad and Cassel, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF COMPLETION OF BRIEFING**

Broad and Cassel, P.A. ("Movant") and Montague S. Claybrook ("Respondent"), by and through their undersigned counsel, hereby file this Stipulation of Completion of Briefing and state as follows:

1. On November 21, 2005, Movant filed and served its Motion for Withdrawal of the Reference [D.I. No. 8] and accompanying Motion to Determine Whether the Matter is Core or Non-Core [D.I. No. 10]. In the Motion for Withdrawal, Movant indicated that it believes that briefing on the Motion is not required.

2. On Monday, November 28, 2005, counsel to Respondent contacted counsel to Movant and indicated that Respondent does not oppose the Motion to Withdraw.

WHEREFORE, the Parties hereby stipulate that no briefing on this Motion is necessary.

Dated: December 2, 2005
Wilmington, Delaware

| CROSS & SIMON, LLC | BUCHANAN INGERSOLL PC |
|---|---|
| /s/ Kristen Healey Cramer | /s/ William D. Sullivan |
| Kristen Healey Cramer, Esq. (#4512) | William D. Sullivan, Esq. (#2820) |
| Christopher P. Simon, Esq.(#3697) | Margaret M. Manning, Esq. (#4183) |
| 913 N. Market Street, 11th Floor | 1007 North Orange Street, Suite 1110 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 777-4200 | Tel: (302) 428-5500 |
| Fax: (302) 777-4224 | Fax: (302) 428-2996 |

#740320-v1