IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | | Case No. 04-12594 |
| SCOTT ACQUISITION CORP., et al. | : | |

| | | |
|---|---|---|
| MONTAGUE S. CLAYBROOK, AS CHAPTER 7 TRUSTEE OF THE ESTATES OF SCOTT ACQUISITION CORP., et al. | : | Adversary Proceeding 05-79726 |
| | : | Civil Action No. 05-845 |
| | : | |
| Plaintiffs | | |
| | : | |
| v. | | |
| | : | |
| BROAD AND CASSEL, P.A. | | |
| | : | |
| Defendant | | |
| | : | |

### ORDER WITHDRAWING REFERENCE

Upon review of Defendant Broad and Cassel's Motion for Withdrawal of the Reference to the United States Bankruptcy Court and Demand for Jury Trial, and all related documents and responses timely filed thereto,

IT IS HEREBY ORDERED:

1. The Defendant's Motion is GRANTED;

2. The reference of the above-captioned Adversary Proceeding to the Bankruptcy Court is hereby WITHDRAWN.

December 20, 2005

_____
UNITED STATES DISTRICT JUDGE