## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SCOTT ACQUISITION CORP., *et al.,* [1] ) | Chapter 7 |
| ) | Case No. 04-12594 (PJW) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| MONTAGUE S. CLAYBROOK, AS ) | |
| CHAPTER 7 TRUSTEE OF THE ESTATES ) | C.A. No. 05-845 (GMS) |
| OF SCOTT ACQUISITION CORP., *et al.,* ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BROAD AND CASSEL, P.A., ) | |
| Defendant. ) | |

### STATUS REPORT

Counsel for the Chapter 7 Trustee for the Estate of Scott Acquisition Corp., et al., hereby submits this status report to advise the Court of the settlement of this matter.

### BACKGROUND

1. On or about September 10, 2004, Scott Acquisition Corp. ("Scott" or "Debtor") filed its Voluntary Petition for relief pursuant to Chapter 11 of Title 11 of the United States Code ("Code" or "Bankruptcy Code"). Pursuant to 28 U.S.C. § 157(a), the case was automatically referred to the Bankruptcy Court.

2. The case was converted to one under Chapter 7 of the Bankruptcy Code, and Montague S. Claybrook was appointed as Chapter 7 Trustee ("Trustee" or "Plaintiff") of the Debtors' estates.

---

[1] The Debtors include Scott Acquisition Corp. and Scotty's, Inc.

1

3. On October 12, 2005, Plaintiff initiated this adversary proceeding ("Adversary Proceeding") by filing a complaint ("Complaint") seeking the recovery of certain payments made by the Debtor to Broad and Cassel ("Defendant") pursuant to § 547 of the Bankruptcy Code.

4. Defendant filed a Motion to Withdraw the Reference, which was granted by this Court on December 20, 2005.

5. On September 7, 2006, the Trustee commenced a second adversary proceeding against Broad and Cassel and other defendants in the Bankruptcy Court under the case styled *Claybrook v. Broad and Cassel, P.A., et al., Adv. No. 06-50821-PJW*, seeking to jointly and/or individually hold the Defendants liable for, among other things, legal malpractice, breach of fiduciary duties, aiding and abetting breach of fiduciary duties, and the avoidance and recovery of fraudulent transfers (the "Malpractice Adversary").

## **STATUS**

6. The parties have engaged in discovery and mediated both actions and have agreed upon an aggregate settlement of both actions. Pursuant to the Stipulation regarding the settlement, Defendants have agreed to pay the Trustee the aggregate sum of $350,000 (the "Settlement Payment"). In consideration for the Settlement Payment, both of the Adversaries will be dismissed with prejudice, and the Trustee and Defendant will exchange and be granted mutual releases for all claims or causes of actions of any nature arising prior to the date of execution of the Stipulation.

7. On September 29, 2007, the Trustee filed a Motion in the Bankruptcy Court pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019 seeking approval of the compromise. That motion has an objection deadline of October 18, 2007 at 4:00 p.m., and will be heard on October 25, 2007 at 2:30 p.m. before the Honorable Peter J. Walsh.

8.  If the Bankruptcy Court approves the compromise, the parties intend to file a Stipulation of Dismissal with prejudice in this Action as soon as practicable.

Counsel are available if the Court has any questions or concerns regarding the status of this matter.

                        CROSS & SIMON, LLC

                        By: / s /  *Erica N. Finnegan*
                            Christopher P. Simon (No. 3697)
                            Erica Finnegan (No. 3986)
                            913 Market Street, 11th Floor
                            P.O. Box 1380
                            Wilmington, DE 19899
                            (302) 777-4200
                            (302) 777-4224 Fax
                            csimon@crosslaw.com
                            efinnegan@crosslaw.com

                            *Attorneys for Montague S. Claybrook, as Chapter 7 Trustee for the Estate of Scott Acquisition Corp., et al.*

Dated: October 1, 2007