IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SCOTT ACQUISITION CORP., *et al.*, [1]<br>　　　　Debtors. | ) Chapter 7<br>) Case No. 04-12594 (PJW)<br>) (Jointly Administered)<br>) |
| MONTAGUE S. CLAYBROOK, AS CHAPTER 7 TRUSTEE OF THE ESTATES OF SCOTT ACQUISITION CORP., *et al.*,<br>　　　　Plaintiff,<br>v.<br>Broad and Cassel, P.A.,<br>　　　　Defendant. | ) Adv. Proc. No. 05-79726<br>) Civ. Action No. 05-845 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereto, by and through the undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to voluntarily dismiss the above-captioned proceeding, with prejudice, each party to bear its own costs.

CROSS & SIMON, LLC

By: /s/ CPS
Richard H. Cross, Jr. (No. 3576)
Christopher P. Simon (No. 3697)
913 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (facsimile)

*Counsel for Montague S. Claybrook,*
*Chapter 7 Trustee*

Dated: November 7, 2007

WILLIAM DAVID SULLIVAN, LLC

By: /s/ William D. Sullivan
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191
(302) 428-8195 (facsimile)

*Counsel for the Defendant*

---

[1] The Debtors include Scott Acquisition Corp. and Scotty's, Inc.